# FLYNN & WIETZKE, P.C.

1205 Franklin Avenue, Suite 330
Garden City, N.Y. 11530
Tel: (516) 877-1234 Fax: (516) 877-1177

Marc Wietzke, Esq.
Admitted in NY & NJ

Offices throughout the Northeast
Toll Free: (866) 877-FELA

Sean Constable, Esq.
Admitted in NY & MA


Judicial documents are subject to a presumption of public access. *See, e.g., Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119 (2d Cir. 2006) ("The common law right of public access to judicial documents is firmly rooted in our nation's history."). As a result, "[t]he burden of demonstrating that a document submitted to a court should be sealed rests on the party seeking such action." *DiRussa v. Dean Witter Reynolds Inc.*, 121 F.3d 818, 826 (2d Cir. 1997). "To meet its heavy burden, the moving party must offer specific facts demonstrating that closure is essential to preserve higher values and is narrowly tailored to serve that interest." *Oliver Wyman, Inc. v. Eielson,* 282 F. Supp. 3d 684, 705 (S.D.N.Y. 2017) (internal quotation marks omitted).

Plaintiff has not even attempted to meet this burden. It is not clear to the Court what purpose sealing the erroneous complaint serves, as plaintiff's amended complaint, Dkt. 6, is now the operative complaint. The motion to seal is therefore DENIED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 7.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: October 20, 2026

October 19, 2026

Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *David Wallach v. Long Island Railroad Company*
26-cv-08989 (AS)

Dear Judge Subramanian:

We represent the plaintiff in the above-captioned matter which was filed on October 13, 2026. We are writing to respectfully request that the Court enter an Order to permanently seal the Complaint (Dkt.#1).

As the Court is aware, our office mistakenly filed the draft version of the Complaint. We spoke with the ECF help desk, and they have temporarily sealed the Complaint pending an Order from Your Honor. The Amended Complaint has been filed (Dkt #6).

We thank the Court for its consideration of this request.

Respectfully submitted,

Sean Constable